UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CIERA BOSTON, and A.T., A.T., & R.T., minor children by next friend Ciera Boston, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:19-CV-3279 |
| v. | ) ) | Removed from Johnson Superior Court 1 Cause No.: 41D01-1907-CT-000103 |
| INDIANA DEPARTMENT OF CHILD SERVICES, KENDRA GUINAN, and LAURA BOWKER, | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Indiana Department of Child Services ("DCS"), Kendra Guinan, and Laura Bowker, by counsel, hereby remove Cause No. 41D01-1907-CT-000103, from the Johnson Superior Court, to the United States District Court, Southern District of Indiana, Indianapolis Division, pursuant to. In support of this removal, the Defendants states as follows:

## STATEMENT OF THE CASE

1.      On July 3, 2019, Plaintiffs filed a *Complaint* in the Johnson Superior Court, Johnson County Indiana, bearing the cause number 41D01-1907-CT-000103.  A true and accurate copy of the *Complaint* is attached hereto as Exhibit 1.

2.      Defendants were served on or about July 11, 2017.

3.      On August 5, 2019, counsel for State Defendant filed an *Appearance by Attorney* and a *Notice of Filing of Notice of Removal*.  A true and accurate copy of these filings are attached as Exhibit 2.

4.  Defendants answer or other response to the *Complaint* is not yet due.

5.  The Complaint alleges that Defendants violated Plaintiffs' Fourteenth Amendment procedural and substantive due process rights by removing the minor plaintiffs from Ciera Boston's custody without a court order or probable cause. Plaintiff's allegations are based on 42 U.S.C. § 1983, and the Fourteenth Amendment to the United States Constitution. Plaintiffs have further alleged state tort claims against Defendants.

6.  Plaintiffs seek the relief of monetary damages, punitive damages, and attorney fees for the alleged violations of the Fourteenth Amendment, as determined by a jury.

**FEDERAL JURISDICTION PURSUANT TO 28 U.S.C. § 1331**

7.  This Court has jurisdiction under 28 U.S.C. § 1331, because Plaintiff's allegations include asserted violations of 42 U.S.C. § 1983 and the Fourteenth Amendment of the United States Constitution, providing original jurisdiction to this Court. This case may be removed because Plaintiff's Section 1983 claim against Defendants falls within the original jurisdiction of this Court, founded on a claim or right arising under the Constitution, treaties, or laws of the United States. 28 U.S.C. §§ 1331 and 1441(a).

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

8.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon the State Defendant in the State Court action are being filed with this Notice of Removal.

9.  Concurrent with the filing of this Notice, the moving Defendant is filing a Civil Cover Sheet.

10. This Notice of Removal has been filed within thirty (30) days of the date that the State Defendant was served with the Summons and Complaint in this matter, which were the initial

pleadings received by the State Defendant. Removal is therefore timely, and complies with the requirements of 42 U.S.C. § 1446(b)(1).

11. The Defendants' time to answer the Complaint filed in the State Court action has not yet expired.

12. Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a), because the United States District Court for the Southern District of Indiana is the Federal District Court for the geographic area encompassing Johnson County, Indiana, where the State Court action was filed.

13. Pursuant to 28 U.S.C § 1446(d), a copy of this Notice of Removal is being served on all adverse parties and notice is being filed with the Johnson Superior Court of Johnson County, Indiana, where this case was originally filed.

## **CONCLUSION**

Removal of this case is just and proper. This Court has original jurisdiction of this matter pursuant to 28 U.S.C. § 1331, as this is a civil action that primarily arises under the Constitution of the United States. All conditions and procedures for removal have been satisfied. Accordingly, this action is properly removed to this Court pursuant to 28 U.S.C. § 1441.

WHEREFORE, Defendants respectfully request that the State Court action be removed from the Johnson Superior Court, to this Court, and that no further proceedings be had in the Indiana State Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  Should any question arise as to the propriety of this removal, the State Defendant respectfully requests an opportunity to provide briefing and oral argument.

Respectfully submitted,

CURTIS T. HILL, Jr.
Attorney General of Indiana
Atty. No. 13999-20


By:    Benjamin C. Ellis
Deputy Attorney General
Attorney No. 28544-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone:  (317) 232-7144
Fax:      (317) 232-7979
E-mail: Benjamin.Ellis@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I also certify that a copy of the foregoing has been served upon the parties listed below, by United States mail, first-class postage prepaid, on August 5, 2019:

> Robert E. Shive
> DawnMarie White
> EMSWILLER WILLIAMS NOLAND & CLARKE LLC
> 8500 Keystone Crossing
> Suite 500
> Indianapolis, IN 46240

> Benjamin C. Ellis
> Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Phone:  (317) 232-7144
Fax:     (317) 232-7979
E-mail: Benjamin.Ellis@atg.in.gov